**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TONIA WISE,

        Plaintiff,

v.                                               Case No: 6:12-cv-107-Orl-36TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on February 21, 2013 (Doc. 21). In the Report and Recommendation, Magistrate Judge Smith recommends that the Court reverse the Commissioner of Social Security's ("Commissioner") decision and remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 21, p. 11. No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that the Administrative Law Judge failed to assign weight to Dr. Hinkeldey's medical opinions or to adequately explain its reason for so doing, as required by *Winschel v. Comm'r Soc. Sec.*, 631 F.3d 1176, 1179 (11th Cir. 2011). Doc. 21, p. 9-11. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Decision of the Commissioner of Social Security is **REVERSED and REMANDED**, pursuant to sentence four of Section 405(g) for further proceedings.

3. The Clerk is directed to enter judgment in favor of Claimant and to close this case.

4. Plaintiff is advised that the deadline to file a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b) shall be thirty (30) days after Plaintiff receives notice from the Social Security Administration of the amount of past due benefits awarded.

5. Plaintiff is directed that upon receipt of such notice, he shall promptly email Mr. Rudy and the OGC attorney who prepared the Government's brief to advise that the notice has been received.

**DONE** and **ORDERED** in Orlando, Florida on March 15, 2013.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
United States Magistrate Judge Thomas B. Smith

2