# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TONIA WISE,**

        **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No: 6:12-cv-107-Orl-36TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith. (Dkt. 29). In the Report and Recommendation, Judge Smith recommends that Attorney Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee ("Motion for Fees") (Dkt. 28) pursuant to 42 U.S.C. § 406(b) be granted. *See* Dkt. 29. Defendant Commissioner of Social Security ("Commissioner") has not objected to the Report and Recommendation and the time to do so has expired. As such, this matter is ripe for review.

The district judge may accept, reject, or modify in whole or in part, the Report and Recommendation of the Magistrate Judge. Fed. R. Civ. P. 72(b)(3). The district judge may also receive further evidence or recommit the matter to the Magistrate Judge with further instructions. *Id*.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the court file, the Court agrees with Magistrate Judge Smith that Attorney Culbertson's request for fees in the amount of $5,679.56 pursuant to 42 U.S.C. § 406(b) should be approved. Therefore, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Thomas B. Smith (Dkt. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Attorney Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Dkt. 28) is **GRANTED**.

3. Defendant Commissioner of Social Security shall pay Plaintiff Attorney Richard A. Culbertson attorney's fees in the amount of $5,679.56 to be paid out of Plaintiff Tonia Wise's past due benefits currently being withheld by the Social Security Administration.

**DONE** and **ORDERED** in Orlando, Florida on April 1, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

United States Magistrate Thomas B. Smith
Counsel of Record
Unrepresented Parties